IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:26-630 |
| | ) | |
| v. | ) | |
| | ) | **ORDER FOR** |
| JONATHAN ANDREW MONK | ) | **BENCH WARRANT** |

The Clerk of Court is hereby directed to issue a warrant for the defendant, **JONATHAN ANDREW MONK,** as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

July **21**, 2026

Columbia, South Carolina

I SO MOVE:

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Elle E. Klein
Assistant United States Attorney's
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Email Address: elle.klein@usdoj.gov